FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 18 2025

KEVIN P. WEIMER, Clerk

By: Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENITO RAMOS-REYNOSO | Criminal Information<br><br>No. 4:25-CR-08 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 2, 2025, in the Northern District of Georgia, the defendant, Benito Ramos-Reynoso, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

RICHARD MOULTRIE JR.
*Acting United States Attorney*

*Samantha M. Schlich*
SAMANTHA M. SCHLICH
 *Assistant United States Attorney*
New York State Bar No. 5515275
75 Ted Turner Drive NW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181